**Order filed June 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————

NO. 01-14-00054-CR

———————

**ALPHONSON DAMON MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 8**
**Harris County, Texas**
**Trial Court Cause No. 1899612**

---

## ORDER

On June 11, 2015, this court ordered the original CD of State's Exhibit #1. On June 12, 2015, this court received the original CD of Respondent's Exhibit #1 from the contempt hearings of Sondra Humphrey. Pursuant to 1997 Supreme Court Order B.4, the original CD of Respondent's Exhibit #1 is being returned to the District Clerk's Office.

Pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), the exhibit clerk of the Co Crim Ct at Law No 8 is directed to deliver to the Clerk of this court the original of State's Exhibit #1, on or before July 1, 2015. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #1, to the clerk of the Co Crim Ct at Law No 8. If the original CD of State's Exhibit #1 cannot be located, please notify this court.

PER CURIAM